**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1509**

JOSEPHAT MUA,

             Plaintiff – Appellant,

        v.

BOARD OF EDUCATION OF PRINCE GEORGE'S COUNTY/PRINCE GEORGE'S COUNTY PUBLIC SCHOOLS; VERJEANA M. JACOBS, Individually and as Board Chairperson of Prince George's Public Schools; DR. WILLIAM R. HITE, JR., Individually and as superintendent; ROGER C. THOMAS, Esquire; SYNTHIA J. SHILLING; MONICA GOLDSON, Individually and as Associates superintendent of Prince George's Public Schools; AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, AFSCME; ASSOCIATION OF CLASSIFIED EMPLOYEES AMERICAN FEDERATION OF STATE, COUNTY, MUNICIPAL EMPLOYEES (AFSCME), AFSCME LOCAL 2250; PIERRE DICKSON, Individually and as agent of the Board of Education of Prince George's County; DR KEVIN MAXWELL, Individually and as superintendent of Prince George's Public Schools; DR ALVIN L. CRAWLEY, Individually and as superintendent; ROBERT J. GASKIN, Individually and Chief Human Resources of Prince George's Public Schools; DR. LILLIAN M. LOWERY; ARDRA O'NEAL; ABBEY HAIRSTON,

             Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt.  Peter J. Messitte, Senior District Judge.  (8:15-cv-02249-PJM)

Submitted:  September 13, 2016      Decided:  September 16, 2016

Before TRAXLER, AGEE, and THACKER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Josephat Mua, Appellant Pro Se.  Lauren Powell McDermott, Mark James Murphy, MOONEY, GREEN, SAINDON, MURPHY & WELCH, PC, Washington, D.C.; Judith E. Rivlin, AMERICAN FEDERATION OF STATE, COUNTY & MUNICIPAL EMPLOYEES, AFL-CIO, Washington, D.C., for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Josephat Mua appeals the district court's order dismissing his complaint raising several civil claims against Defendants. On appeal, we confine our review to the issues raised in the Appellant's informal brief. See 4th Cir. R. 34(b). Because Mua's informal brief does not challenge the bases for the district court's disposition, Mua has forfeited appellate review of the district court's order. See Williams v. Giant Food Inc., 370 F.3d 423, 430 n.4 (4th Cir. 2004). Accordingly, we deny Mua's application to proceed in forma pauperis and affirm the district court's order of dismissal. See Mua v. Bd. of Educ. of Prince George's Cty., No. 8:15-cv-02249-PJM (D. Md. Mar. 31, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED